# First District Court of Appeal
## State of Florida

_____

No. 1D18-5029
_____

JOHNSLOW SAUVEUR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

September 25, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____
.

David Maldonado of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.